# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TERESA MURPHY-JOHNS,

    Plaintiff,

v.     Case No. 8:10-cv-2181-T-30TBM

THE EYE PHYSICIANS OF PINELLAS, P.A.,
d/b/a THE EYE INSTITUTE OF WEST
FLORIDA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #5). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 2, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2181.dismiss 5.wpd